IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:15-CR-329-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| FREDERICK RAND, | ) | |
| | ) | |
| Defendant. | ) | |

On November 16, 2020, Frederick Rand ("Rand") filed a motion for recommendation for residential reentry center placement or home confinement [D.E. 171]. The Bureau of Prisons ("BOP") gets to decide whether Rand will serve his imprisonment in a residential reentry center. See 18 U.S.C. §§ 3621(b), 3624(c). If Rand is not satisfied with the BOP's decision, Rand may seek judicial review.

In sum, Rand's motion for recommendation for residential reentry center placement or home confinement [D.E. 171] is DENIED without prejudice.

SO ORDERED. This 11 day of February 2021.

JAMES C. DEVER III
United States District Judge