IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CR-00329-2D

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| FREDERICK RAND | ) | |

This matter comes before the Court on motion of the government to seal Exhibit 1 to the Government's Response in Opposition to Defendant's Motion for Compassionate Release, filed at Docket Entry 189. For good cause shown, the government's motion is GRANTED.

IT IS HEREBY ORDERED that Exhibit 1 to the Government's Response to Defendant's Motion for Compassionate Release filed at Docket Entry 189 remain sealed.

This 16 day of December 2021.

JAMES C. DEVER III
United States District Judge