IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-329-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| FREDERICK RAND, ) | |
| ) | |
| Defendant. ) | |

For the reasons stated in the United States' response in opposition [D.E. 201], the court DENIES defendant's motion for early termination of supervised release [D.E. 199].

SO ORDERED. This 28 day of August, 2025.

JAMES C. DEVER III
United States District Judge