IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-329-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| FREDERICK RAND, | ) | |
| | ) | |
| Defendant. | ) | |

The United States and probation SHALL respond to defendant's pro se motion for early termination of supervised release [D.E. 216] not later than October 15, 2026.

SO ORDERED. This 1 day of September, 2026.

J. Dever
JAMES C. DEVER III
United States District Judge