IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-329-D

UNITED STATES OF AMERICA )
)
v. )
) **ORDER**
FREDERICK RAND, )
)
Defendant. )

By letter dated August 28, 2026, Frederick Rand ("Rand" or "defendant") moved for early termination of his supervised release [D.E. 216]. On October 8, 2026, the United States and probation responded in opposition. See [D.E. 219]; [D.E. 219–1].

The court has considered Rand's request under the governing standard. See 18 U.S.C. § 3583(e). The court has reviewed the record under the relevant 18 U.S.C. § 3553(a) factors. Rand was convicted federally of two very serious firearm offenses. Moreover, Rand was arrested in January 2026 for new criminal conduct at the state level. See [D.E. 219] at 3. Although the charge was dismissed, Rand later declined to complete a cognitive behavioral program. See id. at 3–4. Rand also is unemployed. See id. at 6. In light of Rand's serious criminal convictions, Rand's serious and violent criminal history, and the need to protect the public, the court declines to terminate Rand's supervision. Cf. [D.E. 57] 3–7.

In sum, the court DENIES defendant's motion for early termination of supervised release [D.E. 216].

SO ORDERED. This 9 day of October, 2026.

JAMES C. DEVER III
United States District Judge